## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDSEY FINSTER, individually and on behalf of all others similarly situated<br><br>    Plaintiff,<br><br>vs.<br><br>SEPHORA USA, INC.,<br><br>    Defendant. | Case No. 6:22-cv-01187-GLS-ML<br>Honorable Gary L. Sharpe<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6) |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, defendant Sephora USA, Inc., moves before the Honorable Gary L. Sharpe, at 445 Broadway, Room 441, Albany, NY 12207, for an Order: (1) dismissing the complaint (Dkt. #1) and this action in its entirety, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and (2) granting such other relief as this Court deems proper.

Dated:  February 2, 2023

Respectfully submitted,
/s/ Jonathan D. Lupkin
Jonathan D. Lupkin  (NDNY Bar # 518754)
LUPKIN PLLC
80 Broad Street, Ste 1301
New York, NY  10004
(646) 367-2771
jlupkin@lupkinpllc.com

Robert E. Shapiro (admission forthcoming)
Joshua W. Mahoney (*pro hac vice* forthcoming)
John Andreasen (*pro hac vice* forthcoming)
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100
rob.shapiro@bfkn.com
joshua.mahoney@bfkn.com
john.andreasen@bfkn.com

*Attorneys for Defendant Sephora USA Inc.*

## **CERTIFICATE OF SERVICE**

      I, Jonathan D. Lupkin, an attorney admitted to practice before this court, hereby certifies that on February 2, 2023, I caused the foregoing Notice of Motion to Dismiss Plaintiffs' Complaint Pursuant to Rule 12(b)(6) to be served on counsel of record in this case by filing the document via ECF on the electronic docket of this case.

Dated: February 2, 2023

                                                /s/Jonathan D. Lupkin
                                                Jonathan D. Lupkin