# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**Lindsey Finster**
           Plaintiff(s)

        vs.                                          **CASE NUMBER: 6:22-cv-1187 (DNH/ML)**

**Sephora USA Inc.**
           Defendant(s)

 **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  DECISION and ORDER: ORDERED that 1. Defendants motion to dismiss is GRANTED; 2. Plaintiffs complaint is DISMISSED with leave to amend; 3. Any amended complaint must be filed and served on or before March 29, 2024; and 4. If plaintiff does not timely file an amended pleading the Clerk of the Court is directed to enter a judgment dismissing this action without further Order of the Court.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated March 15, 2024.

DATED: April 2, 2024

_John Domund_
Clerk of Court

s/_____
Kathy Rogers
Deputy Clerk